Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN PARKER,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.

**ORDER**

24 CV 4229 (VB)
15 CR 848 (VB)

      On October 22, 2024, the government informed the Court that petitioner had submitted a motion, dated October 10, 2024, asserting he had not received the government's memorandum in opposition as of that date. (Doc. #72).[1] In its letter, the government informed the Court that it had recently mailed a copy of its memorandum to petitioner. (Id.). Accordingly, on October 23, 2024, the Court extended petitioner's deadline to reply to the government's memorandum in opposition to December 6, 2024. (Doc. #73). Petitioner has not filed a reply.

      The Court mailed its October 23, 2024, order to petitioner at FCI Ray Brook, the facility listed as petitioner's address both on the docket and on his October 10 motion. Since filing that order, the Court has become aware that petitioner is now incarcerated at FCI Yazoo City Medium. Therefore, it is possible that petitioner did not receive the government's memorandum in opposition, the government's October 22 letter, or the Court's October 23 order.

      Accordingly, it is hereby ORDERED:

      1. The Clerk is directed to update petitioner's address in case no. 24-cv-4229 to the following:

      Kevin Parker, Reg. No. #72775-054
      FCI Yazoo City Medium
      P.O. Box 5000
      Yazoo City, MS 39194

      2. Petitioner's deadline to reply to the government's memorandum in opposition is EXTENDED to **February 21, 2025**. The Court will not grant any further extension.

      Chambers will mail a copy of this order, as well as copies of the government's memorandum in opposition (Doc. #71), the government's October 22 letter (Doc. #72), and the Court's October 23 order (Doc. #73), to petitioner at the FCI Yazoo City Medium address.

---

[1] "Doc. #__" refers to filings in case no. 15-cr-848 (VB).

Petitioner is reminded that it is his obligation to promptly inform the Court when his address changes.

Dated: January 10, 2025
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge

2